defendant; and, in action for its foreclosure, a judgment was rendered in favor of the defendant January 6, 1897, dismissing the action with $72.97, costs in favor of Stuhlmiller against Quinby & Siver. This judgment for costs was set up as a counterclaim, but was not submitted to the jury by the court in its charge. The learned counsel for the plaintiff seeks to sustain the order granting a new trial on the exceptions taken to the admission of evidence. These exceptions all relate to rulings which permitted the defendant to show that the goods for which the price was sought to be recovered were purchased of Quinby & Siver. This evidence was admissible, and no error was committed. The order should be reversed, with costs to the appellant, and a judgment ordered for him on the verdict. HARDIN, P. J., concurs.

In re RUTLEDGE. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) In the matter of the accounting of Harriet Rutledge, as executrix of the will of Walter Heard, deceased. No opinion. Motion to modify the order denied, without costs. Motion to dismiss the appeal granted, unless within 30 days the appellant shall serve and file with the clerk of this court a printed copy of the record upon the appeal from the order, and also upon the appeal from the decree of the surrogate of Ontario county, and shall within the same time serve a copy of said printed record upon E. M. Morse, Esq., who is hereby authorized to appear in the argument of the appeal in his own behalf upon the appeal from the decree as well as from the order; and, upon compliance with the conditions stated, the motion is denied, without costs to either party.

In re RYAN. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) In the matter of the examination of Thomas A. Ryan in the proceedings supplementary to execution upon the application of William H. Sours, in the action entitled: "Ella Abbott, Plaintiff, v. William H. Sours and Another, Defendants." No opinion. Order affirmed, with $10 costs and disbursements.

SCHROEDER, Respondent, v. METROPOLITAN EL. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 25, 1898.) Action by Cord H. Schroeder against the Metropolitan Elevated Railroad Company. A. A. Wheat, for appellant. H. G. Atwater, for respondent. No opinion. Judgment modified by reducing fee damage to $1,000, and rental damage to $800, and, as reduced, affirmed, without costs.

SEHL, Appellant, v. WALSH, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) Action by Jacob Sehl, as overseer of the poor of the city of Syracuse, Onondaga county, N. Y., against Eugene Walsh. No opinion. Judgment and order of affiliation affirmed, with costs.

SERIES, Respondent, v. RICHARDSON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.)

Action by Whitman Series against Henry Richardson and others. No opinion. Judgment and order affirmed, with costs.

In re SIRRET et al. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) In the matter of the examination of Eugene C. Sirret and Emile G. Sirret, judgment debtors, in proceedings supplementary to execution under the judgment in the action entitled: "Supreme Court, New York County. Augustus P. Rockwell against Eugene C. Sirret, William B. Sirret, and Emile G. Sirret." No opinion. Order reversed, with costs, and the motion to vacate the order of January 13, 1898, granted, with $10 costs. See Dorsey v. Cummings, 48 Hun, 76; Palen v. Bushnell, 68 Hun, 554, 22 N. Y. Supp. 1044.

SMITH, Appellant, v. WORKINGMAN'S CO-OP. ASS'N OF UNITED INSURANCE LEAGUE OF NEW YORK, Respondents. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) Action by Margaret B. Smith against the Workingman's Co-operative Association of United Insurance·League of New York. No opinion. Judgment and order affirmed, with costs.

SNYDER et al., Appellants, v. MOLLOY, Respondent. (Supreme Court, Appellate Division, First Department. March 25, 1898.) Action by Hiram Snyder and others against Frank W. Molloy. H. A. Sperry, for appellants. D. W. Cooper, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SPERLING, Appellant, v. BOLL et al., Respondents. (Supreme Court, Appellate Division, First Department. March 25, 1898.) Action by Pauline Sperling against Adolf Boll and others. No opinion. Motion denied. See 50 N. Y. Supp. 209.

STEWART v. HILTON. (Supreme Court, Appellate Division, First Department. March 25, 1898.) Action by Alexander Stewart against Henry Hilton. No opinion. Motion granted, with $10 costs.

STRITT, Respondent, v. METROPOLITAN LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) Action by Anna Stritt against the Metropolitan Life Insurance Company. No opinion. Judgment and order affirmed, with costs.

SWOBODA, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. February, 1898.) Action by Anton Swoboda against the Metropolitan Street Railway Company. Henry A. Robinson, for appellant. M. P. O'Connor, for respondent. No opinion. Judgment affirmed, with costs, upon argument. See 48 N. Y. Supp. 612.

VANDEBOGART, Respondent, v. CITY OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. March

26, 1898.) Action by Catherine Vandebogart against the city of Buffalo. No opinion. Judgment and order affirmed, with costs.

WALTHEAR, Respondent, v. PENNSYLVANIA FIRE INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 7, 1898.) Action by Waldemar A. Walthear against the Pennsylvania Fire Insurance Company. M. H. Cardozo, for appellant. H. Thompson, for respondent. No opinion. Judgment affirmed, with costs, on the authority of Tisdell v. Insurance Co., 155 N. Y. 163, 49 N. E. 664.

WANAMAKER, Respondent, v. ROSSE, Appellant. (Supreme Court, Appellate Division, First Department. March 25, 1898.) Action by John Wanamaker against Florence J. Rosse. No opinion. Order affirmed, with $10 costs and disbursements.

WEISZ, Appellant, v. WHITELOCK, Respondent. (Supreme Court, Appellate Division, Second Department. March 29, 1898.) Action by Sarah A. Weisz against John J. Whitelock. No opinion. Interlocutory judgment affirmed, with costs to defendant to abide the event, and with leave to plaintiff to serve an amended complaint within 20 days.

WHEELER, Appellant, v. SWEET et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) Action by Albert J. Wheeler, as survivor of himself and Joel Wheeler, deceased, against Charles A. Sweet and others, as executrix and executor, etc. No opinion. Judgment and order affirmed, with costs.

WHIPPLE, Respondent, v. BAGG, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) Action by Amelia M. Whipple against Grove W. Bagg. No opinion. Judgment affirmed, with costs.

In re WHITE'S ESTATE. (Supreme Court, Appellate Division, Second Department. April 19, 1898.) In the matter of the estate of Eliza T. White, deceased. No opinion. Motion to vacate order dismissing two appeals denied, with $10 costs in one case.

ZWISSER, Appellant, v. HERRMAN et al., Respondents. (City Court of New York, General Term. May 27, 1898.) Action by August Zwisser, Jr., as executor, etc., against John G. Herrman and another. F. O. Power, for appellant. Benno Loewy, for respondents.

PER CURIAM. The order appealed from is affirmed, with costs.

✻

END OF CASES IN VOL. 51.